1313-14

# ELECTRONIC RECORD

COA #  03-13-00167-CR          OFFENSE:  22.01

STYLE:  Ismael Sarinana v. The State of Texas          COUNTY:  Bell

COA DISPOSITION:  AFFIRMED          TRIAL COURT:  County Court at Law No. 2

DATE: 08/27/14          Publish: NO          TC CASE #:  2C10-02955

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Ismael Sarinana v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE:  JANUARY 28, 2015

JUDGE:

CCA #:  1313-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**